**FILED**
MAR 29 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States District Court
for the District of Columbia

Lacy Lee Williams, Jr.,
    Plaintiff

v

Barack Obama, President, et al
    Defendant(s)

Case: 1:10-mc-00240
Assigned To : Roberts, Richard W.
Assign. Date : 4/6/2010
Description: Miscellaneous

The Plaintiff is now before this Court pursuant to Fed. R. C. P. 3 and 4 to appeal Judge Roberts decision to dismiss. Under this Rule Plaintiff is entitled by law to appeal.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this date of March 24th 2010

Lacy Lee Williams Jr

Central Prison
1300 Western Blvd
Raleigh N.C. 27606.