CO-217B
Rev. 02/10

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

_Lacy L. Williams, JR._
Plaintiff(s)

v.

_Barack Obama, President, et al_
Defendant(s)

Dear _Williams_ :

In the above entitled case, please be advised that on the ___17 th___ day of

_March_, 20_10_, Judge _Roberts_ endorsed

thereon as follows:

"Leave to file without prepayment of costs is **DENIED**."

As a result of the Judge's ruling, you case has not been filed without Court and is being

returned to you at this time.  Thank you.

ANGELA D. CAESAR, Clerk

By _Mrs. M. Higgins_

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**District of** <u>COLUMBIA</u>

LACY Lee WILLIAMS, JR.

Plaintiff

V.

PRESIDENT BARACK OBAMA

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, <u>LAcy Lee Williams JR.</u> declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          ☒ Yes          ☐ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration <u>Central Prison</u>

   Are you employed at the institution? <u>NO</u>   Do you receive any payment from the institution? <u>NO</u>

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?          ☐ Yes          ☒ No

   a.   If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   (List both gross and net salary.)

   b.   If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. D/N

3. In the past 12 twelve months have you received any money from any of the following sources?

   a.   Business, profession or other self-employment          ☐ Yes          ☒ No
   b.   Rent payments, interest or dividends                    ☐ Yes          ☒ No
   c.   Pensions, annuities or life insurance payments          ☐ Yes          ☒ No
   d.   Disability or workers compensation payments             ☐ Yes          ☒ No
   e.   Gifts or inheritances                                   ☐ Yes          ☒ No
   f.   Any other sources                                       ☐ Yes          ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

RECEIVED

MAR 10 2010

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 240 Reverse (Rev. 10/03)

4.   Do you have any cash or checking or savings accounts?        ☐ Yes        ☑ No

     If "Yes," state the total amount. _____

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☐ Yes        ☑ No

     If "Yes," describe the property and state its value.

6.   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  (If children are dependents, please refer to them by their initials)

                                        N/A

I declare under penalty of perjury that the above information is true and correct.

3/2/10                    _Lacy Lee Williams Jr._
_____            _____
    Date                        Signature of Applicant


**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT**

Re: _____ v. _____

Civil Action No. _____

     I, LAcy Lee WilliAms JR,  , Reg. No. Q442843  ,
hereby consent for the appropriate prison official to withhold from my prison account and to pay the
U.S. District Court an initial fee of 20 percent of the greater of:

    (a)    the average monthly deposits to my account for the six-month period immediately
           preceding the filing of my complaint; or

    (b)    the average monthly balance in my account for the six-month period immediately
           preceding the filing of my complaint.

     I further consent for the appropriate prison officials to collect from my account on a
continuing basis each month, an amount equal to 20 percent of each month's income. Each time the
amount in the account reaches $10.00, the Trust Officer shall forward the interim payment to the
Clerk's Office, U.S. District Court, until such time as the $250.00 filing fee is paid in full.

     If appropriate, I will execute the institution consent form where I am housed, which will
permit the staff to withdraw the amount ordered by this court as payment for the filing fee each
month until the $250.00 filing fee is paid in full.

     By executing this document, I also authorize collection, on a continuing basis, of any costs
imposed by the District Court.

                                Lacy Lee Williams Jr
                                Signature of Plaintiff

                                3/2/10
                                Date

```
                    NORTH CAROLINA DEPARTMENT OF CORRECTION        03/01/10
IBSR140 (60)             TRUST FUND ACCOUNT STATEMENT              18:35:38
                    FACILITY: 3100  - CENTRAL PRISON              PAGE  210
                         FOR: 02/22/10 - 03/01/10
```

```
  ACCT. NAME: WILLIAMS, LACY                          ACCT#: 0442843
          BED: CBKL2011                         TYPE: INMATE
```

```
       ENDING BALANCE 03/01/10  $    1.87- INCLUDES CANTEEN LIMIT OF $ 0.00
```

| BATCH | | | REFERENCE | | | | |
|---|---|---|---|---|---|---|---|
| DATE | NBR. | TYPE | NUMBER | FACL | +/- | AMOUNT | BALANCE |
| ---- | ---- | ---- | ------ | ---- | --- | ------ | ------- |

```
                              BEGINNING BALANCE        $        1.87-
```

| DEBT DATE | DEBT TIME | TYPE OF DEBT | | AMOUNT OF DEBT | AMOUNT STILL OWED |
|---|---|---|---|---|---|
| 06/17/09 | 00:35 | MEDICAL | -INMATE DECLARED EMER | $    7.00 | $    1.50 |
| 06/30/09 | 12:17 | MEDICAL | -SICK CALL WITH NURSE | $    5.00 | $    5.00 |
| 10/02/09 | 11:15 | MEDICAL | -SICK CALL WITH NURSE | $    5.00 | $    5.00 |
| 10/09/09 | 09:55 | MEDICAL | -SICK CALL WITH NURSE | $    5.00 | $    5.00 |
| 11/05/09 | 09:30 | ADM FEE | -CASE#0/21/0909:301B08 | $   10.00 | $   10.00 |
| 11/06/09 | 13:08 | FILING FEES | -CASE# 5:08-CT-3168-D | $  350.00 | $  348.00 |
| 01/04/10 | 10:35 | MEDICAL | -INMATE DECLARED EMER | $    7.00 | $    7.00 |
| 01/12/10 | 09:58 | ADM FEE | -CASE#1/03/1007:051B19 | $   10.00 | $   10.00 |
| 01/26/10 | 10:57 | ADM FEE | -CASE#1/20/1007:551B03 | $   10.00 | $   10.00 |
| 02/03/10 | 08:00 | MEDICAL | -INMATE DECLARED EMER | $    7.00 | $    7.00 |
| 02/19/10 | 12:00 | MEDICAL | -SICK CALL WITH NURSE | $    5.00 | $    5.00 |
| 02/23/10 | 13:00 | DENTAL | -SICK CALL/HYGIENIST | $    5.00 | $    5.00 |

```
THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 02/22/2010 AT 01:01:01 AND 03/01/2010 AT 18:35:38.

ENDING BALANCE IS THE BALANCE AS OF MONDAY,     MARCH     1, 2010 AT 18:35:38.
```

Rev. 6/07

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Leave to file without prepayment
of costs DENIED.

*[signature]* Roberts 3/17/10

United States District Judge

28 USC §1915(g)

LACY Lee Williams Jr. )
#0442843 )
Central Prison, 1300 Western Blvd )
Raleigh, N.C. 27606. )
(Enter your full name, prison number
and address)

v.   municipality/totality

President Barack Obama/ ) Administration.
U.S. Att. Gen. Eric Holder )
U.S. Department of Justice )
Et Al. ) See: IV B- for defendants Address.
(Enter the full name and address(es),
if know, of the defendant(s) in this
action)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $350.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court <u>must</u> access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

    (1)    the average monthly deposits to your prison account, or
    (2)    the average monthly balance of your prison account for the prior six-month period.

**RECEIVED**

MAR 10 2010

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Thereafter, you are required to make monthly payments of 20% of the preceding month's income.  The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

I.   **SUCCESSIVE CLAIMS**

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II.  **PREVIOUS LAWSUITS**

A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )      No (✓)

B.   Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes (✓)    No ( )

C.   If your answers to A or B is Yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit.

Plaintiffs: _LAcy Lee WilliAms JR._

Defendants: _Gessner et. Al_

2.   Court (If federal court, please name the district; if state court name the county.)
_United STAtes District Court EAstern District of NorthCarolina_

3.   Docket number: _5:08-CT-3152-D_

4.   Name of judge to whom case was assigned: _JAmes DeVer_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Appealed_____

6. Approximate date of filing lawsuit: _November 11th 2008_____

7. Approximate date of disposition: _October 23 2009_____

## III. PLACE OF CONFINEMENT

_Central Prison, 1300 Western Blvd Raleigh N.C. 27606_

A. Is there a prisoner grievance procedure in this institution? Yes ( )    No ( )   _N/A_
If your answer is Yes, go to Question III B.  If your answer is No, skip Questions III, B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes ( )       No ( )   _N/A_

C. If your answer is Yes to Question III B:

1. To whom and when did you complain? _N/A_____

2. Did you complain in writing?  (Furnish copy of the complaint you made, if you have one.)    Yes ( )       No ( )   _N/A_

3. What, if any, response did you receive?  (Furnish copy of response, if in writing.) _____ _N/A_____

4. What happened as a result of your complaint? _N/A_____

D. If your answer is No to Question III B, explain why not. _N/A_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?    Yes ( )       No ( )  _N/A_

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? _N/A_____

## V.   STATEMENT OF CLAIM

State here briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved.
Include the names of other persons involved, dates, and places. If you intend to allege a number
of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets, if
necessary.

On July 9th 2009 I sent President Barack Obama and his Administration A Hand Written affidavit/declaration in Concerns of plaintiff Constitutional Rights being Violated Under the United states 14th Amendment And bill of rights. By the State of North Carolina Judicial system that is racially discriminate Against African Americans And injust in it's Judicial proceedings that Also show bias And prejudice misconduct And behavior out of our United state's Court Rooms. Which leads to being false imprisonment that takes years for justice to be served. IN great detail I explained to the President Barack Obama And his Administration How the North Carolina Judicial system has Unjustly on several occations - incarcerated me for crimes I had Not Committed And How excessive bail Are imposed, Due process rights to A speedy trial Are Violated, Court Appointed Attorneys Are ineffective, probable cause hearings are Waived Without Consent And Are charged As An Habitual Felony.   Continue See Next Page

## VI.   RELIEF

State briefly exactly what you want the Court to do for you.

The Plaintiff has No Plain, Adequate or complete remedy At law to redress the Wrongs described herein. Plaintiff has been And Will Continue to be irreparably injured by the Conduct of the defendants Unless this Court grants the declaratory and injunctive relief Which plaintiff seeks: A declaration that the Acts And Omission described herein Violated Plaintiffs rights under the constitution And laws of the United states; A Preliminary And Permanent injunction ordering; President Barack Obama/Administration, U.S. Attorney General Eric Holder to Redress Plaintiff false imprisonment in his drug Cases and other previous false crimes Alleged Judiciary system here in North Carolina that racially discriminate Against African Americans, bail bonds Which Are excessively high for minor non violent crimes, ineffective Assistance of Counsel; Court Violation of speedy trials, intentionally miscalculate prior Conviction level Which inhances prison sentencing to stop given more prison time than what the Actual charge carries. To stop charging people With habitual Felon crimes Which raises bails To One And Two Thousand dollars on Top of Current bails before going to trials, To apply the Habitual Felony proportionality principles,   Continue See last Page

Signed this   2   day of   March ,   2010 .

Lacy Lee Williams Jr.        _Lacy Lee Williams Jr._
                                              (Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

March 2nd 2010        _Lacy Lee Williams Jr._
(Date)                        (Signature of Plaintiff)

n:\Forms\42 USC 1983

Before you go to trial or rather before your case is bounded over to superior court Which also raises your bail one (1) to Two (2) Hundred Thousands dollars. I Also, mentioned that the Courts take advantage of low educated, illiterate, psychological and incompetent individuals. I never received a response from President Barack OBAMA/Admin. to redress the Constitutional Violations Caused by the acts and Omissions of the North Carolina Judicial system. Nor, And investigation in the matter.

On December 22, 2009, I wrote President Barack OBAMA/Administration, a second Affidavit/declaration, reiterating the previous issues. However, I included in the Second Affidavit/declaration, How the North Carolina Department of Corrections, is inadequately treating my medical Conditions/Chronic diseases of: "Type (1) UNControllable, Brittle, insulin Dependant diabetes, Hip Bone, Neck Bone and (Disc) back Bone osteoporosis, scrotum microlithiasis and Etc. I also explained that i had also enclosed the same information to the United States Attorney General Eric Holder and the American With Disabilities Act (ADA). However, Plaintiff never received an answer back to his Complaint filed and sent to President Barack OBAMA/Administration. Each Defendant is sued individually and in his or her official Capacity. At all times Mentioned in this Complaint each defendant Acted Under the Color of state, federal and the United States Constitutional law.

## Claim for Relief

The Refusal of our United States president Barack OBAMA/Administration, to investigate plaintiff complaints of Constitutional Violations of the North Carolina racial and prejudice Judicial system which Caused plaintiff false imprisonment, and the North Carolina Department of Corrections Now inAdequately treat plaintiff Chronic diseases and illnesses, Constitute a Violation of the Due process clause of the 14th Amendment, constitute, Cruel and Unusual punishment of the

8th Amendment Amounting from deliberate indifference, And Failing to protect Through equal Rights, An United States Citizen from injustice and cruel and Unusual punishment, breaches the duty and responsibilities of our United States President BARACK OBAMA/Administration, owed to the plaintiff LAcy Lee Williams JR., by Constitutional ~~XXXXX~~ Bill of Rights provision and LAWS of our United States LAND. The Breach of Duty and Responsibility of our President and Administration has further deprived and hindered plaintiff from Adequate medical Care caused injuries PAIN AND Suffering.            Statement of claim NO. 2.

In between October 21st and 22nd of 2009, I wrote The United States Attorney General ERIC Holder Through the United States Department of Justice Who sent my affidavits/declarations to (AG) ERIC Holder on January 12th 2009 In concerns of: Racial Discrimination, bias, prejudice, misconduct and etc., in the North Carolina judicial system, police profiling and Brutality in society and in the North Carolina Department of Corrections, False imprisonment, inadequate medical treatment While in the state official Care And ~~etc~~, the Conditions of Confinement especially inadequate Food Amounts and Unnutritional Food Value in JAils and prisons. I also brought to AG ERIC Holders Attention How the ~~the~~ North Carolina institutions, facilities (i.e.) JAils and prisons, The Judicial system, state legislators, General Assembly, including Government federal and state, Also the Governors office and Administration Which is the Foundation of Corruption Here in the state of N.C., cities and towns are manifested from Which Needed to be investigated. I Further explained that i shouldn't have to make terrorist threats as A United States Citizen in order to ~~xx~~ receive help from our leaders of the United States Congress to ~~redy~~ redress the aforementioned Constitutional Violations, I, as Well as other African-Americans in the South suffers from

Local Governmental entities, i.e. Judicially and et cetera. I had, prior to the October ~~aff~~ 2009 Affidavits written A similar letter, However, These request for the Attorney General, Eric Holder's, Assistance, has been ignored nor properly or Appropriately Addressed or investigated. As the U.S. Attorney General, it is Eric Holders, Duty and Responsibility to investigate inAppropriate behavior of, misconduct of any or all Government officials when A Complaint of Constitutional Violations has Arisen or Alleged Against the Government and it's Agents. The United States Attorney General ERIC Holder has breached his duty and Responsibilities owed to Lacy Lee Williams Jr. and other Africa-Americans citizens of the United States. Defendant Eric Holder is Sued individually and in his official Capacity.

## Claim For Relief

The Refusal of our United States Attorney General ERIC HOLDER, to investigate plaintiff Complaints of Constitutiona Violations from the North Carolina's-racial and prejudice-Judicial system-which also caused plaintiff false imprisonment, injuries, pain and Suffering-Due to the N.C. Department of Correction, who inadequately treat plaintiff Chronic diseases and illnesses, Constitute A Violation of Due process Clause of the 14th Amendment; Constitute Cruel and Unusual punishment of the 8th Amendment Amounting from deliberate indifference, and failing to protect through Equal Rights, An United States citizen from injustice And Cruel and Unusual punishment, breaches the duty and Responsibilities owed to the plaintiff Lacy Lee Williams Jr, by the Constitutional Bill of Rights provision and laws of our United States land.

## Statement of Claim.

In The year of 2008, ~~xxxxxxxxx~~ and 2009, also, January 17th 2010, I wrote the Disability Rights Section (Americans With Disability Act) Under title II Concerning The Wake County Jail/North Carolina Dept of Correction

Doctor's and physicians inadequately treating or, Not treating at all my chronic diseases and illnesses of * 1) Type 1 Uncontrollable Brital Insulin Dependant diabetes * 2) Osteoporosis, Bone degeneration disease in the Disc of my lower Back, hips and Neck. 3) Lactose intolerance. * 4) Scrotum microlithiasis * 5) High blood pressure. * 6) Stomach, Blatter, and digestive pains and * Complications and other medical related symptoms and Conditions.

The responses that I Received from the Disability Rights Section (ADA) Were Negative, stating that: "Due to the hundreds of title II Complaints that We receive each year, We do Not have the resources to resolve all of them. The Disability Rights section (ADA) Further stated: "We have made No determination regarding the merits of your Complaint or Whether it Could be redressed Under the ADA or another statute".....

Due to the plaintiffs Chronic diseases and illnesses of the above Medical Conditions, it Causes imminent danger and irreparable harm that is Govern under title II of the Americans With Disability Act. Therefore, entitling plaintiff automatically to have the Diability Rights Section (ADA) to investigate the Allegations in plaintiffs Complaint and Redress as Well as protect the plaintiff Under title II of the ADA where there lies a Constitution Rights Violation When a serious medical Condition Under title II of the ADA is either inadequately treated, Neglected or Not treated at all. It is the duty and Responsibility of the Disability Rights sections to protect the Rights of an disabled United States citizen from medical malpractice, negligence or a Continuence of mistreatment. Defendant Jeanine Worden Deputy chief of the Disability Rights Section (ADA) is sued individually and in her official Capacity.

## Claim for Relief

The Refusal of the Disability Rights section (ADA) of the U.S. Dept of Justice

to investigate and Redress plaintiff Serious medical Conditions that the State of North Carolina Department of Correction and County Jails of WAKE, has Constitutionally Violated on numerous occasions, has Caused the plaintiff Further irreparable harm, injuries, pain and Suffering as well as imminent danger, Constitute ~~xxxxxxxxxx~~ a violation of a Due process clause of the 14th amendment, Constitute Cruel and Unusual punishment of the 8th amendment amounting from deliberate indifference, Constitute Failure to protect through Equal protection of the 14th amendment,, breaches the duty and Responsibilities Owed to the plaintiff Lacy Lee Williams Jr, by the Constitutional Bill of Rights provision and laws of our United States land.

ON July 20th 2009, plaintiff Wrote the ~~xxxxx~~ United States Justice Management Division in Concerns of the North Carolina Department of Correction-Central Prison facility Kitchen-in Which the food Sent to prisoners on Segregation Are inadequate in Amount or portions and Unnutritional in value Which Causes extreme Weight loss and Stomach, digestive and Blatter pains and bacteria diseases due to spoiled, Rancid, processed meats and etc.

on September 3rd 2009, Which Was the date of Response from Paula A. Scholz Who is the Assistant Director of the Justice Management Division Stated that: "You have designated or, based on "descriptive information", you have provided, to the Component(s) most likely to have the records., your request has been forwarded Are indicated on the enclosed FOIA/PA Referral/Action slip., All future inquires Concerning the status of your request should be addressed to the offices listed."... The office listed Was the: FOIA/PA, Federal Bureau of Prisons (DOJ) HOLC Building, Suite 841 Washington DC 20534.

On September 17th 2009 I Wrote The Dept of Justice (U.S.) Federal Bureau of Prison Section With A Complete overview on The N.C.D.O.C. Conditions of Confinement And the fact that; officials Who Are Assigned and elected to manage the operation of prison Conditions of Confinement has failed to inspect According to inspection Codes And prison Condition Guidelines, policies and procedures of the penological living and Well being of prisoners. I explained in greater detail that; I As Well As other prisoners on segregation Are subject to Cruel And Unusual punishment And Are held on segregation For 3 to 5 years Without A Governmental Objective. You, taunted, harrassed and beaten by Correctional officers, When prisoners Are released or maxed out their prison sentence and Are reinstated on New charges, if the prisoner left prison on Maximum Custody (on Segregation) the prisoner is placed right back on Segregation, prisoners on segregation, take showers only three times a Week, for 5 minutes, prisoners on segregation get fresh air only twice A Week, prisoners assigned to Clean our cellblocks Works free labor for 7 days and don't get no gain time, earned time or merit time for keeping the Cell-Blocks clean, prisoners on segregation receive very poor Cosmetic Care (made in china) that breaks and dry your skin and hair out and have pork ingredience in the Cosmetics that Violates religious rights. prisoners Are charged $5.00 dollars just to see the Nurse But majority of the time, you don't see the Doctor and the doctor inadequately treat prisoners medical Conditions, And prisoners on segregation Are deprived of Adequate portions of food Calories and Nutritional Value.

On September 16th and 29th of 2009, I Received the Same Response from the federal Bureau of Prisons Which stated: "Your Correspondence doesn't Request A document. We Can only process requests for existing documents."

On January 19th 2010, I Wrote the U.S. Department of Justice in response and Request for the Above information/documentations. plaintiff Also Wrote A previous

letter on October 25th 2009, Requesting the above information/documentations, Right After the Defendant's September 29th 2009 response. plaintiff Never received a response back from the ~~L.W.~~ U.S. DOJ, Federal Bureau of prisons. It is the duty and Responsibility of the Federal Bureau of Prisons - As A Whole - Governmental Agency - to investigate and United States prisoner's Complaint on Conditions of his Confinement especially When Fundamental Rights Are Violated by prison officials. The U.S. Federal Bureau of prisons and Whom didn't enclose a respondents Name, breached it's duty and Responsibilities owed to Lacy lee. Williams Jr., Defendants, U.S. Federal Bureau of prisons Are sued individually And in it's official Capacity.

Claim For Relief.

The Refusal of the U.S. Federal Bureau of prisons failure to investigate and redress the Acts and omissions of the North Carolina Dep't of Corr.; "Condition of Confinement - in Which plaintiff thoroughly expressed in his Complaint to the U.S. Federal Bureau of prisons. ~~####~~ And due to the U.S. Federal Bureau of prisons ignoring the plaintiff, has placed plaintiff iN imminent danger, Causing further injuries, pain and Suffering Due to the Conditions of his Confinement and inadequate medical Care of Chronic diseases and illnesses, Constitute a Violation of Due process, of the 14th amendment; Constitute Cruel and UnUsual punishment of the 8th amendment Amounting from deliberate indifference and Constitute A failure of Equal protection Rights of AN United States citizen from injustice and Cruel and UnUsual punishment, breaches the duty and Responsibility of the U.S. Federal Bureau of prisons owed to the plaintiff Lacy Lee Williams Jr., enacted by the United States Congress Under the Constitutional Bill of Rights.

Statement of Claim

on October 25th 2009, I Wrote the U.S. Justice Department, FOIA/PA Under

5 U.S.C. §§ 552 and 552 A Respectively in Concerns of: "International Human Rights Act on all levels, including laws set forth in treaties, principles of Customary international laws, Convention Against torture and other Inhuman, degrading treatment of punishment in Segregation, in Adequate medical treatment, inadequate food And Nutritional value, police Brutality, also the full treaties on section 1983 Litigation And tort law and rights. plaintiff Further requested the issued reservations requiring the Courts to interpret these treaties. Also treaties on state and Federal Court Judges duties And responsibilities When handling Civil and Criminal Cases. Also the penalties And punishments of Judges misconduct, favoritism, Discrimination, bias and prejudice behavior and Requested Addresses, persons and places that i could Report Judges misconduct other than down in North Carolina."

I Received two Responses. The first Response I Received was from: James M. Kovakas, Attorney in charge of the U.S. Dept of Justice FOIA/PA Unit Civil Division, on January 25th 2010 Which stated: "This is in response to your October 25th, 2009 FOIA, Request for records relating to International Human Rights Act...... James M. Kovakas Further stated: "Your request seems to be seeking legal Advice and Information on specific statutes, My office Can not provide legal advice., The FOIA, permits you to request Certain Agency records maintained by federal Agencies but does not require Answers to questions"......

In plaintiff Request mentioned Above, and date Again on October 25th 2009, it Never ▩▩▩ led With questions to be Answered Nor did it request for legal Advice or Assistance. Therefore, James M. Kovakas intentionally interpreted my Freedom of Information Act Rights for What he Thought That i Would think Would be A legitimate response to my request Under title 5 U.S.C. §§ 552 and 552 A. However, me Kovakas interpretations of my thought process Were Wrong Which breaches his duties and Responsibilities Under the FOIA, Owed to Lacy Lee Williams Jr. by ▩▩ request, L.W.

Defendant James M. Kovakas, is sued individually and in his official Capacity.

## Claim For Relief:

The Refusal of the U.S. Dept of Justice Civil Division, Attorney in charge, James M. Kovakas, failure to provide plaintiff With Requested information ~~Law~~ Under the FOIA 552 And 552A, For legal and Judiciary matters and purposes, has placed plaintiff in imminent danger due to the fact that plaintiff Requests Would've provided enough information to the Courts to redress Constitutional Violations plaintiff Now suffers. and due to this denial of receiving Freedom of Information Within the scope of 552 And 552A, Constitute A Violation of the 1st Amendment, Constitute A Violation of the 6th Amendment, Constitute A Violation of the 8th Amendment and Constitute A Violation of the 14th Amendment, Amounting from deliberate indifference, And Constitute Cruel And Unusual punishment, Access to the Courts, and Equal protection Rights. Attorney James M. Kovakas of the U.S. Dept of Justice Unit Civil Division breached his duty and Responsibility owed to Lacy Lee Williams Jr. enacted by Congress of the United States.

## Statement of Claim

On october 25th 2009, I Wrote the U.S. Justice Department, FOIA/PA Under title 5 U.S.C. §§ 552 AND 552(A), In Concerns of the Same Above information (see date Above oct. 25th 2009). The Second Response I Received Was from the chief of staff, Carmen L. Mallon, of the U.S. Department of Justice, office of information, Washington DC. 20530, Which stated: The office of Information Policy of the U.S. Dept of Justice processes FOIA/PA requests for records it maintains as well as records maintained by the offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Public Affairs, Legislative Affairs Legal Policy, And intergovernmental and public liaison and adjudicates Administration appeals and denials of FOIA/PA Request made to the Department. This off-

ice maintains the case files for the initial requests and Administrative ~~appeal~~ Appeals it processes. Please be advised that the FOIA provides a right of access to Agency records that exist and can be located in Agency files.... It appears from your letter that you are seeking Access to Judicial records from the state of North Carolina... I can only ~~a~~ suggest that you direct a copy of your request to the North Carolina Judicial Standards Commission...

In plaintiff Request mentioned Above, dated on October 25th 2009, it did not ~~lia~~ lead to believe that plaintiff was seeking Access to Judicial Records from the state of North Carolina, plaintiff Requests suggest that he ~~XXXX~~ Wanted information other than the state of North Carolina. Therefore, Carmen L. Mallon, Chief of staff, intentionally interpreted my Freedom of Information Act Rights for what she wanted it to say, instead of evaluating ~~XXX~~ L.W it directly as written and manifested as Requested, under title 5 U.S.C §§ 552 and 552 A., and by doing so, Carmen L. Mallon breaches her duties and responsibilities under the FOIA/PA owed to Lacy Lee Williams Jr. by Request. Defendant Carmen L. Mallon, is sued individually and in her official Capacity

Claim for Relief

The Refusal of the U.S. Dept of Justice Office of Information Policy, Chief of staff, Carmen L. Mallon, ~~F~~failure to provide plaintiff with Requested information under the FOIA 552 and 552(A), for legal and Judiciary matters and purposes, has placed plaintiff in imminent danger due to the fact that plaintiff Requests would've provided enough information to the Courts to redress Constitutional Violations plaintiff Now suffers. And due to this denial of receiving Freedom of Information Within the scope of 552 and 552 (A), Constitute a Violation of the 1st Amendment, Constitute a Violation of the 6th Amendment, Constitute a Violation of the 8th Amendment and Constitute a Violation of the

14th amendment, amounting from deliberate indifference, And Constitute Cruel And Unusual punishment, Access to the Courts, And Equal protection Rights. Chief of staff Carmen L. Mallon of the U.S. Dept of Justice Unit, office of Information policy, breached her duties and Responsibilities owed to Lacy Lee Williams Jr., enacted by Congress of the United States.

### Statement of Claim

on February 17th 2008, I Wrote ~~A~~ letter to the U.S. Dept of Justice, Civil Rights Division in Concerns of: ON JANUARY 1st 2008, I WAS beaten With Night sticks in my Ribs, back, And Kidney Area by Three Correctional officers And one ser-geant at the time that plaintiff WAS a pretrial detainee, in Which the incident occurred at a maximum security prison. I also explained that, I WAS Constantly Harrassed, And For 38 days, I WAS denied the Const. Rights and Privilage and Liberty of A shower, cleaning Utensils and supplies to sanitize my Cell And toilet stool and etc, Also denied recreation, Access to the Court, my ~~court~~ Appointed Attorney, phone privilage, and proper and Adequate medical treatment For my chronic disease of Type 1 Uncontrollable Brital Insulin dependant diabetes and requested the U.S. Dept of Justice Civ. Rights, Div. For help and the proper investigation of my Complaint. on march 18th 2008, plaintiff received a response from: Tvonnie Demmeritte of the U.S. Dept of Justice, special litigation Section, Civ. Rights, Div., Which simply stated:" Under the Civil Rights of Institutionialized Persons act, 42 U.S.C. § 1997, The Special Litigation Section of the U.S. Dept of Justice HAS Authority to investigate Complaints Concerning Conditions in state or locally-operated institutions. These institutions include, but are Not limited to prisons, Jails..... When A systemic pattern or practice of the deprivation of Constitutional or statutory rights is determined to exist, We have the Authority to initiate civil action in the name of the

United States Against state or local officials to remedy such Conditions... The Section's Authority does Not extend to investigating the personal grievances of A single individual, The Section is Not Authorized to Represent individual citizens in legal matters or to give them legal Advice, Therefore, We Are Unable to provide you With legal opinions or Assistance With personal lawsuits or legal matters.

Plaintiff Never requested to be represented in legal matters or to be given legal Advice Nor their Legal Opinions or assistance With personal lawsuits. However, plaintiff did request For help due to Conditions of his Confinement As A pretrial Detainee Which Violated plaintiff Constitutional, Fundamental Rights And by the information Addressed in plaintiff Complaint of several Constitutional Violations Was enough to trigger the special Litigation Section of the U.S. Dept of Justice CIV. Rights DIV, to initiate "Civil Action" in the Name of the United States Against the State and local officials to remedy such Conditions. The U.S. DOJ, special litigation Section, CIV. Rights DIV., Ivonnie Demmerritte ~~Breache~~ is sued individually And in her official Capacity

Claim for relief

The Refusal of the U.S. Dept of Justice, Special litigation Section, civil Rights Division, Ivonnie Demmerritte, to investigate plaintiff's Complaint of Condition of Confinement has Caused plaintiff imminent danger, injuries Pain and suffering, Constitute ~~xxxxxxxx~~ deliberate indifference, in Violation of the 8th Amendment, Constitute Cruel and Unusual punishment in the Violation of the 8th Amendment, Constitute A Due process clause Violation, When plaintiff Was a pretrial Detainee who suffered inhuman Conditions, of the 14th Amendment of the United States Constitution, breaches the duty And Responsibilities owed to the plaintiff Lacy Lee Williams Jr. by Constitutional privisions and laws of

the United States land.

## Statenent of Claim

On october 18th 2009, plaintiff Nrote the U.S. Justice Dep't, Justice MANA-
genent Division, FOIA/PA Section, RM, 115, LOC. In Concerns of a Criminal
matter in Which plaintiff WAS UnConstitutionally Arrested on september 7th
2007 For allegedly Selling two(2) grams of Crack CoCaine to a Confidential
Informant. The information plaintiff Was seeking Was: #1) The Sentencing
range as an Alleged first time drug offender For a quantity of Cocaine less than
a Gram. #2) If plaintiff had already done 16 months before going to trial, should
He have been prosecuted #3) The statute of limitation on the habitual felen
Status, * When CAN a prosecutor Use Habitual felon status if all Felonies on
your criminal Records Are minor or NON-Violent Crimes And #4) Any And All
Documents mention, CONTAINS or refer to All laws, Codes, treaties, memoran-
da's, And Et cetera, That pertains to minimum And maximum sentencing on
Crack CoCaine in state Court And how it Applies to your criminal Record
or is it a Crime by itself. I Requested the information From January 1st
2008 Until the date the Justice MANAgement Division received The FOIA
inquiry. plaintiff Further sought immediate legal Assistance And Representati-
on from the U.S. Dept of Justice.

Plaintiff Received A Response Dated January 4th 2010 From PAUla A Scholz Assistant
Director of the U.S. Justice Department Management Division Which stated: "Your
Request designated 'organizations' outside of the Department of Justice As indicated
below And Will have to be resubmitted by you directly." Plaintiff Was given An Addr-
ess to the "U.S. Sentencing Commission". The other organizations WAS Not menti-
oned.

On several Occations, PAUla A. scholz, Directly Directed plaintiffs Request of FOIA

to the above and Aforementioned Departments Whom claims that plaintiff Requests for Freedom of Information is basically futile to plaintiff or Non-Applicable in it's department. therefore, Can Not Assist plaintiff.

It is the duty of Paula A. Scholz, of the U.S. Justice Management Division, As Well As her responsibility to Correctly Direct plaintiff Request of Information to it's proper and Appropriate designation, But, According to the above defendants Responses, plaintiff Requests for Information were misdirected, Which has greatly delayed, Neglected and impaired plaintiff from receiving the Adequate and Appropriate Information to immediately Address and redress Constitutional Violations he has suffered Thus far from the North Carolina Judiciary system and The N.C. Dept of Correction. Due to Paula A. Scholz, breach of duties and Responsibilities Owed to Lacy Lee Williams Jr, She is sued in her individual and official Capacity

### Claim For Relief

The Refusal of the U.S. Dept of Justice, Management Division, Assistant Director Paula A. Scholz, misdirecting Lacy Lee Williams Jr. Complaints and FOIA/PA, has Caused plaintiff imminent danger, injuries and pain and Suffering Constitute deliberate indifference, in Violation of the 8th Amendment, Constitute Cruel and Unusual punishment in Violation of the 8th Amendment, Constitute A Due process Clause Violation Under the 14th amendment of the United States Constitution. Furthermore, Constitute an Equal protection Rights Violation Under the 14th amendment of the United States Constitution, in Which Paul A. Scholz breached her duty and Responsibilities owed to the plaintiff Lacy Lee Williams Jr. by Constitutional provisions and laws of the United States land.

The Acts and omissions of the Aforementioned defendants Are Genocide Which Violates Plaintiffs Due process, Equal protection and is cruel and unusual punishment A Violation of the Bill of Rights and 14th Amendment of the United States Constitution. (End)

2.    Did you complain in writing? (Furnish copy of the complaint you made, if you
have one.)      Yes ( )      No ( ) N/A

3.    What, if any response did you receive? (Furnish copy of response, if in writing.)
_____ N/A _____

4.    What happened as a result of your complaint? ___ N/A ___
_____
_____

## IV.   PARTIES

In item A below, place your name and prison number in the first blank and your present address
in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of Plaintiff: LACY Lee Williams JR.
      Address: Central Prison 1200 Western Blvd Raleigh NC 27606

In item B below, place the full name of the defendant(s) in the first blank, their official position
in the second blank, their place of employment in the third blank, and their address in the fourth
blank. Do the same for additional defendants, if any.

B.    Defendant: Municipality/President Barack OBAMA/ Administration
      Address: 1600 Pennsylvania Ave, N.W. Washington D.C. 20500

      Defendant: Municipality/U.S. Attorney General Eric Holder

      Address: Department of Justice Washington, D.C. 20530-0001

      Defendant: Municipality/U.S. Department of Justice Disability Rights section-NYA/ Jeanine Worden, Deputy Chief
      Address: 950 Pennsylvania Avenue, N.W. Washington DC 20530

      Defendant: Municipality/U.S. Department of Justice Federal Bureau of Prison
      Address: HOLC Building, Suite 841, Washington DC 20534.

Defendant: municipality/U.S. Department of Justice Civil Rights division/Litigation Section,-PHB

Address: 950 Pennsylvania Ave, N.W., Washington D.C. 20530

Defendant: James M. Kovakas/Address: U.S. DOJ civil division, Washington D.C. 20530
Defendant: Carmen L Mallon/address: U.S. DOJ office of information Policy, Washington D.C. 20530
Defendant: Yvonnie Dennmerritte/U.S. Dept of Justice Civil Rights Division SLS-PHB

Continue De

Defendant: Paula A. Scholz, Assistant Director, Conference and Contract Section, Facilities and Administrative Service Staff

Address: U.S. Department of Justice, FOIA/PA. Section, RM. 115. LOC Justice Management Division, Washington, DC. 20530 -0001

# VI. Relief

When a person is found Guilty of an alleged crime, Immediately after trial, To stop district Attorney's from holding pretrial Detainees past the statute of limitation has run on a alleged crime, just to build a case., To Allow pretrial Detainees to Attend their probable Cause hearing, To stop Court appointed Attorneys from Waiving pretrial Detainees Rights to a probable Cause hearing Without their Consent, To stop Judges from showing favoritism to the states prosecutors side. To stop Grand Jurors, Who don't have No Knowledge of the to make Unlawful decisions, or, be persuaded by the states prosecutor side Without the opportunity of the defense to object to False Allegations or hearsay information made by the states And their Witnesses. To stop the Courts from holding a person Without probable Cause and Sufficient evidence, To stop Police from making False Arrest in the Name of "Probable Cause", just to Arrest someone, To stop police Brutality in society, Jails and prisons, To stop Jails and prisons from inadequately treating a person serious Medical Conditions, Chronic diseases And illnesses. To stop placing prisoners Who have serious medical Diseases And illnesses on Segregation Without proper Medical treatment or an Emergency Call Button, To provide prisoners in Jails and prisons especially, those whom have a Chronic Disease on segregation with Adequate Health Care, Food portions/Calories and Nutritional Value And those Who are on Medical Therapeutic diets as Well, To stop Correctional officers from interfering with our Food And medical health Care on Segregation When they Are Not dietitions or health Care providers. To stop serving North Carolina prisons And Jails spoiled, Rancid and processed meats. everyday on segregation, prisoners at Central Prison Segregation Unit only get's 1 "Leg quarter" or 1 small piece of "liver" once every two to three months. To stop prisons And Jails from extreme overcrowding (See each Floor of the Wake County Jail Po Box 2419 Raleigh NC, 27602), To stop the North Carolina Dept of Corr., from holding prisoners on Segregation past their punitive Segregation term Without a Governmental objective or for minor infractions, To stop the North Carolina Dept of Corr.

from placing A inmate/prisoner back on segregation After he/her is released and then re-instituted on New charges, By placing an inmate/prisoner back on segregation from an old sentence, it deprives him/her from earned gain time or merit time, so that you can meet your minimum prison term or sentence. In other words, the N.C. Dept of Corr, Causes A prisoner to ~~AWn~~ Automatically max out his prison sentence. To stop depriving North Carolina prisoners on segregation from everyday recreation, everyday showers, every day cleaning our Cells-Room, and from Forcing prisoners on segregation with strick Religions, to use state monthly issued Cosmetics that has pork ingredience in $ it that irretates and Dry out your hair and skin furthermore, plaintiff Request the Relief of: Adequate Specialist attention for; 1) Type 1 UnControllable Insulin dependent diabetes Which Would include an endocrinologist and diabetic dietician. #2) osteoporosis in the Disc of my lower back, both left and right Hip Bones, and neck. #3) microlithiasis of the testicles/scrotum #4) Lactose intolerance #5) sharp pains in my stomach, lower abdominal, Blatter, digestive system, and when i defecate, it hurts really bad as if i have Colon Cancer or something. However, I Never Consented to be Medically treated by these so called medical Doctors Here in the N.C. Dept of Corr, because; to many prisons get real sick or Die in the hands of these Doctors. As for defendants: Jeanne Worden, Federal Bureau of Prisons, James M. Kovakas, Carmen L. Mallon, Yvonnie Demmerritte, Paula A. Scholz and the U.S. Dept of Justice Civ. Rights Div. Litigation Section-PHB, To: Follow the Rules, Guidelines, Policies, Regulations and piccedures of the U.S. Dept of Justice & the FOIA/PA. To Maintain their duties and Responsibilities When a prisoner & U.S. Citizen in Society Request For information Under title 5 U.S.C. §§ 552 and 552(e) and to stop Violating plaintiff Constitutional Rights to have full Access to the U.S. Dept of Justice FOIA/PA: Compensatory damages in the amount of $500,000, or Against each defendant, Jointly and Severally, Punitive damages in the amount of $300,000, Against each defendant. Nominal Damages in the amount of $1000 Against each defendant. A Jury trial on all issues triable by Jury. Plaintiffs Cost in this suit, Any Additional Relief this Court deems just, proper and equitable, and for this Court to apply the law in this matter and not to discriminate or act bias nor prejudice toward the plaintiff in this Civil suit due to the High position and authority that defendant hold. Moreover, plaintiff Request to be Appointed by An Attorney Due to the Complexity of this Civil matter.